**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **KEINER JESUS GOMEZ RODRIGUEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-02202-DB** |
| | § | |
| **WARDEN**, *Department of Homeland* | § | |
| *Security, Department of Justice,* | § | |
| **Respondent.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On September 3, 2026, Respondents filed an "Advisory to the Court," ECF No. 6, wherein they advise Petitioner was removed from the United States on June 22, 2026. Given Petitioner asked for a bond hearing or to be immediately released during the pendency of his removal proceedings, and removal has now been effectuated, the Court finds the Petition, ECF No. 1, is now moot. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** Petitioner's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241," ECF No. 5, is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** all pending motions in this case are **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **4th** day of **September 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**